No. 04–8032. THURMOND v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 04–8035. ALLEN v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 04–8051. CASTEEL v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 04–8052. JAMES v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 04–8067. ROBERTS v. COHEN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–8086. MARBOU v. GONZALES, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied.

No. 04–8089. CASAS-CASTRILLON v. GONZALES, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied.

No. 04–8094. CHAPMAN v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 04–8109. MYRON v. LAMARQUE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–8156. ODOM v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–8160. ROMERO v. HAMLET, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–8165. LeTOURNEAU v. HICKMAN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–8201. DeVORE v. HILL, SUPERINTENDENT, SNAKE RIVER CORRECTIONAL INSTITUTION (two judgments). Sup. Ct. Ore. Certiorari denied.

No. 04–8232. WALTON v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.